**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7797**

———————

ANTHONY DOVE,

Plaintiff - Appellant,

versus

THE CITY OF KINSTON; KINSTON FIRE DEPARTMENT;
KINSTON HUMAN RESOURCES/PERSONNEL DEPARTMENT;
GREGORY SMITH, Fire Chief; KARL L. MUNSON,
Human Resource Director; COUNTY OF LENOIR,
NORTH CAROLINA; LENOIR COUNTY SHERIFF'S
DEPARTMENT; LENOIR COUNTY JAIL; BILLY SMITH,
Lenoir County Sheriff; ARCHIE BRUITON, Lenoir
County Head Jailer; BRANSON VICKORY, District
Attorney for District 8; IMELDA PATE, District
Attorney for District 8A,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.   Malcolm J. Howard,
District Judge. (CA-02-34-4-H)

———————

Submitted:  April 1, 2003          Decided:  April 17, 2003

———————

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Dove, Appellant Pro Se. Virginia A. Piekarski, CONSTANGY, BROOKS & SMITH, L.L.C., Winston-Salem, North Carolina; Mark Allen Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina; Gerald Patrick Murphy, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Dove appeals the district court's order denying relief on his complaint under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dove v. City of Kinston, No. CA-02-34-4-H (E.D.N.C. Oct. 18, 2002). Because this opinion comports with Dove's motion for a written opinion, we grant that motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2